# UNSWORN DECLARATION
# IN SUPPORT OF FORFEITURE COMPLAINT

## INTRODUCTION

Pursuant to 28 U.S.C. § 1746, I, Anthony Carapucci, Special Agent, of the United States Department of Justice, Drug Enforcement Administration, declare under penalty of perjury that the foregoing is true and correct:

I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510 (7). I am, therefore, n officer who is empowered to conduct criminal investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.

I have been a Special Agent with the DEA for over 2 years. As a Special Agent, I have been sworn to enforce the laws of 21 U.S.C, and related offenses under 18 U.S.C. I have received sixteen weeks of training at the DEA Academy at Quantico, VA. I am currently assigned to the San Juan, Caribbean Division, Enforcement Group 1.

During my law enforcement career, I have received detailed instruction in and conducted various complex conspiratorial investigations concerning the unlawful importation and distribution of controlled substances; the laundering and concealment of drug proceeds; and the illegal use of communication facilities by drug traffickers in furtherance of their criminal activities.

**PROPERTY TO BE FORFEITED**

2021 Toyota Tacoma, VIN: 3TYAZ5CN7MT009736

**BASIS FOR FACTS CONTAINED IN THIS UNSWORN DECLARATION**

I make this unsworn declaration, on information and belief derived from the following source:

**A.** Oral and/or written reports and documents about this investigation from other federal agents and/or sworn law enforcement officers of the Puerto Rico Police Department.

(basis of investigation)

On May 21, 2026, at approximately 12:20 A.M., agents from the Puerto Rico Police Bureau (PRPB) conducted a state search warrant signed by Municipal Judge Juan G. Portell Maldonado at Urb. Ciudad Jardin III, Calle Sauco #74, Toa Alta, Puerto Rico (PR). Prior to the execution of the search warrant, PRPB agents conducted surveillance of the target property to gain information on who may be inside. While conduction surveillance, agents observed Harold BORRERO-Borrero exit the target property and walk toward a green in color Toyota Tacoma pick-up truck bearing PR license plate (1142090). PRPB agents stopped and detained BORRERO-Borrero so that they could safely enter and secure the property to conduct the search warrant without the threat of an armed individual. After entering the property, agents did a security clear and secure and confirmed that BORRERO-Borrero was the sole occupant of the property. While conducting the search of the property, agents seized six (6) kilograms of cocaine, viles of crack cocaine and

cocaine base, marijuana, various zip-lock bags containing various powders in shades of off-white/yellow/orange/brown, two (2) ski-marks, two (2) rifles, (4) cellular phones, various calibers of ammunition with firearm magazines and a blue in color ford Taurus bearing PR license plate (HMN-333) equipped with blue emergency lights, siren and police decals. DEA agents interviewed Borrero-Borrero after advising him of his Miranda rights. BORRERO-Borrero indicated he understood his rights and provided a voluntary statement to law enforcement where he related the following facts, among others. BORRERO-Borrero stated during the early morning hours, police officers raided the property where he was located, in the Ciudad Jardin III residential development in Toa Alta. He stated he has been renting this property for two years and pays a monthly rent of $900. He stated that all the illicit property seized during the raid—including narcotics and firearms—belongs to another individual, who BORRERO-Borrero identified. BORRERO-Borrero stated this individual operates a drug distribution point at a certain location, which BORRERO-Borrero identified, and said the property was merely under BORRERO-Borrero's custody. BORRERO-Borrero stated he met this individual while incarcerated and years after completing his sentence he ran into him at a shopping center, which BORRERO-Borrero identified, where they re-established contact. During this encounter, the individual offered to employ BORRERO-Borrero in his legitimate businesses, promising to pay him $600 per week in exchange for safeguarding the illicit materials and transporting them to whatever location was requested. Additionally, on May 11, 2026, while conducting surveillance of BORRERO-

Borrero, Agents of the Puerto Rico Police Department Bayamon Intelligence unit observed BORRERO-Borrero operate and exit the green Toyota Tacoma with a black handgun in his right hand. On May 18, 2026, Agents of the same unit observed BORRERO-Borrero operate and exit the green Toyota Tacoma and enter Calle Sauco #74. Once inside BORRERO-Borrero was observed pulling a handgun from his waistband and he was also observed to be in possession of large zip-lock style bags of crack cocaine. These relevant observations by the Puerto Rico Police Agents show that Harold BORRERO-Borrero is using the Toyota Tacoma to transport controlled substances. It also shows that while moving the illicit substances from one place to another, BORRERO-Borrero is normally armed in order to safeguard the illicit substances from rivals and/or law enforcement.

This Unsworn Declaration is submitted in support of a complaint for forfeiture in rem, which involves the offenses detailed in 21 U.S.C. § 881(a)(4), which provides that all conveyances, including aircraft, vehicles, or vessels, which are used, or are intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of vehicle described in paragraphs (1) (all controlled substances manufactured, distributed, dispensed or acquired in violation of Subchapter I of Chapter 13 of Title 21), (2) (all raw materials, products, and equipment of any kind which are used or intended for use in manufacturing, compounding, processing, delivering, importing, or exporting any controlled substance or listed chemical in violation of Subchapter I of Chapter 13 of Title 21), or (9) (all listed chemicals, all drug manufacturing equipment, all drug

manufacturing equipment, all tableting machines, all encapsulating machines, and all gelatin capsules, which have been imported, exported, manufactured, possessed, distributed, dispensed, acquired, or intended to be distributed, dispensed, acquired, imported, or exported, in violation of Subchapters I or II of Chapter 13 of 21 and 18 U.S.C. §§ 981(a)(1)(A) and (C)(Civil forfeitures). Therefore, I have not set forth each and every fact learned during the course of this investigation.

Based upon my training and experience, participation in other investigations, and facts concerning this investigation, I believe that sufficient probable cause exits to show that there is present material evidence of a commission of a violation of a Federal Law to wit: violation(s) of 21 U.S.C. § 841(a)(1) Possession with intent to distribute controlled substances; 21 U.S.C. § 846 Conspiracy to possess with intent to distribute controlled substances; 18 U.S.C. §§ 924(c)(1)(A) & (B)(i) Possession of a firearm (short-barreled rifle) in furtherance of a drug trafficking crime and 18 U.S.C. § 922(g)(1) Prohibited person in (felon) possession of a firearm and ammunition. I believe that there is sufficient probable cause to forfeit the vehicle. On or about May 28, 2026, a Federal Grand Jury returned an indictment charging Harold Borrero-Borrero of violations of 21 U.S.C. §§ 841, 846, 856, and 18 U.S.C. §§ 922 and 924. A narcotics forfeiture allegation was included in connection with Counts One through Three of the Indictment, which provide that defendant Harold Borrero-Borrero shall forfeit to the United States, pursuant to 21 U.S.C. § 853 property including but not limited to the Defendant *in Rem*, that is 2021 Toyota Tacoma,

VIN: 3TYAZ5CN7MT009736. *See* also Crim. No. 26-210 (ADC), Indictment, ECF No. 10 and Bill of Particulars, ECF No. 27.

Sworn and signed under penalty of perjury, pursuant to 28 U.S.C. § 1746, in San Juan, Puerto Rico this 9 of September 2026.

ANTHONY CARAPUCCI Digitally signed by ANTHONY CARAPUCCI
Date: 2026.09.09 13:26:42 -04'00'

Anthony Carapucci, Special Agent
Drug Enforcement Administration (DEA)